■ THERESA GAGNE, an Infant, by ROLAND GAGNE, Her Father and Natural Guardian, et al., Appellants, v GRECO SALES & SERVICE, INC., Respondent. (Appeal No. 2.)—Order unanimously reversed and defendant's motion denied. Same memorandum as in *Marchitelli v Greco Sales & Serv.,* (52 AD2d 746). (Appeal from order of Erie Special Term—motion to preclude.) Present—Marsh, P. J., Moule, Cardamone, Goldman and Witmer, JJ.

■ SUSANNE MARCHITELLI, as Administratrix of the Estate of EDWARD A. MARCHITELLI, Deceased, et al., Appellants, v GRECO SALES & SERVICE, INC., Respondent. (And Another Action.) (Appeal No. 3.)—Order unanimously reversed and defendant's motion denied. Same memorandum as in *Marchitelli v Greco Sales & Serv.* (52 AD2d 746). (Appeal from order of Erie Special Term—motion for discovery.) Present—Marsh, P. J., Moule, Cardamone, Goldman and Witmer, JJ.